ACCEPTED
01-14-00319-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/2/2015 8:57:33 AM
CHRISTOPHER PRINE
CLERK

## NO. 01-14-00319-CV

_____

IN THE
COURT OF APPEALS
FOR THE
FIRST JUDICIAL DISTRICT
OF TEXAS AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

1/2/2015 8:57:33 AM

CHRISTOPHER A. PRINE
Clerk

_____

**BEVERLY SCOTT, MICHAEL SCOTT, JAMES SCOTT, EMMA BELL, CLARA SCOTT, SAMMIE SCOTT, ALFRED SCOTT, SHARON SCOTT, DORIS SCOTT, GWENDOLYN CARPENTER, CAROLYN SCOTT, DERRICK SCOTT, SANDRA SCOTT, INDIVIDUALLY AND AS NEXT FRIEND OF EULA MAE SCOTT, DECEASED**
*Appellants*

vs.

**ROBIN LYNN ARMSTRONG, M.D.**
*Appellee*

_____

Appealed from the District Court of Harris County, Texas
234th Judicial District
Honorable Wesley Ward, Judge Presiding

_____

**APPELLEE'S MOTION TO DISMISS FOR FAILURE TO PROSECUTE**

_____

**RICHARD M. LAW**
State Bar No. 12004500
SMITH ADAMS LAW FEEHAN LLP
1415 Louisiana, Suite 3800
Houston, Texas 77002
(713) 652-3200
(713) 652-6000 (Facsimile)

ATTORNEY FOR APPELLEE

## IDENTITY OF PARTIES AND COUNSEL

In accordance with Rule 38.1(a) of the Texas Rules of Appellate Procedure, the following is a complete list of all parties to the trial court's interlocutory order and their counsel with regard to this order:

**APPELLANTS:**  BEVERLY SCOTT, MICHAEL SCOTT, JAMES SCOTT, EMMA BELL, CLARA SCOTT, SAMMIE SCOTT, ALFRED SCOTT, SHARON SCOTT, DORIS SCOTT, GWENDOLYN CARPENTER, CAROLYN SCOTT, DERRICK SCOTT, SANDRA SCOTT, INDIVIDUALLY AND AS NEXT FRIEND OF EULA MAE SCOTT, DECEASED

**COUNSEL FOR APPELLANTS:**  Pro Se
406 Deats Road #86
Dickinson, Texas 77539
Telephone: (832) 785-0282

**APPELLEE:**  ROBIN LYNN ARMSTRONG, M.D.

**COUNSEL FOR APPELLEE:**  Richard M. Law
Texas Bar No. 12004500
SMITH ADAMS LAW FEEHAN LLP
1415 Louisiana, Suite 3800
Houston, Texas 77002
Telephone: (713) 520-3200
Fax: (713) 520-6000

**OTHER PARTIES TO APPEAL:**  CURTIS J. BICKERS AND
VUJASINOVIC & BECKCOM PLLC.

**COUNSEL FOR OTHER PARTIES:**

**Brian Beckom**
Texas Bar No. 24012268
**Curtis J. Bickers**
Texas Bar No. 24048352
VUJASINOVIC & BECKCOM, PLLC.
1001 Texas Avenue, Suite 1020
Houston, Texas 77002
Telephone: (713) 224-7800
Fax: (713) 224-7801

**TRIAL JUDGE:**

**Honorable Judge Wesley Ward**
234th Judicial District Court
201 Caroline
Houston, Texas 77002

**NO. 01-14-00319-CV**

_____

IN THE
COURT OF APPEALS
FOR THE
FIRST JUDICIAL DISTRICT
OF TEXAS AT HOUSTON

_____

**BEVERLY SCOTT, MICHAEL SCOTT, JAMES SCOTT, EMMA BELL, CLARA SCOTT, SAMMIE SCOTT, ALFRED SCOTT, SHARON SCOTT, DORIS SCOTT, GWENDOLYN CARPENTER, CAROLYN SCOTT, DERRICK SCOTT, SANDRA SCOTT, INDIVIDUALLY AND AS NEXT FRIEND OF EULA MAE SCOTT, DECEASED**
*Appellants*

vs.

**ROBIN LYNN ARMSTRONG, M.D.**
*Appellee*

_____

Appealed from the District Court of Harris County, Texas
234th Judicial District
Honorable Wesley Ward, Judge Presiding

_____

TO THE HONORABLE COURT OF APPEALS:

Appellee asks the Court to either dismiss this appeal or affirm the trial court's judgment and grant appellee judgment for costs.

## A. INTRODUCTION

Appellants are Beverly Scott, Michael Scott, James Scott, Emma Bell, Clara Scott, Sammie Scott, Alfred Scott, Sharon Scott, Doris Scott, Gwendolyn Carpenter, Carolyn Scott, Derrick Scott, Sandra Scott, Individually and as Next Friend of Eula Mae Scott, Deceased.  Appelle is Robin Lynn Armstrong, M.D.

The 234th Court of Harris County, Texas, signed the Motion of Dismissal with prejudice as to Appelle, Robin Lynn Armstrong, M.D., in *Scott vs. Sozos, M.D., et.al.*, cause number 2012-33615 on April 8, 2014, in favor or appellee and against appellants.

Appellants perfected their appeal on April 22, 2014.

The trial clerk's record was due on or before June 9, 2014.  On June 16, 2014, this Court issued notice that the clerk's record in this appeal had not been timely filed with the court, and extended the deadline to July 16, 2014. The clerk's record was filed on November 10, 2014, after the deadline imposed by the Court.

## B. ARGUMENT AND AUTHORITIES

The Court has the authority to dismiss this appeal for want of prosecution or, in the alternative, to affirm the trial court's judgment. Tex. R. App. P. 42.3(b).

Appellant's brief was due on December 10, 2014. More than 20 days have expired since Appellants' brief was originally due, and Appellants have not filed a brief and have not asked for an extension of time to file their brief. Under Texas Rule

of Appellate Procedure 42.3(b), the Court may dismiss this appeal for want of prosecution.

Appellee is entitled to damages for frivolous appeal under Texas Rule of Appellate Procedure 45. This Court may assume appellants brought this appeal solely for delay if it finds appellants prosecuted the appeal without observing the minimal procedural requirements for an appeal. *See Hennigan v. Hennigan*, 677 S.W. 2d 495, 496 (Tex. 1984); *Compass Expl., Inc. v. B-E Drilling Co., 60 S.W. 3d 273, 279-80 (Tex. App.−Waco 2001, no pet.).*

## C. CONCLUSION & PRAYER

Appellants have repeatedly missed deadlines and failed to file responses to the Court's requests, showing very little effort in the prosecution of this appeal. Most glaring, Appellants missed the deadline to file their brief and have not asked for an extension of time to file their brief. For these reasons, Appellee asks the Court to grant this motion and dismiss this appeal or, in the alternative, affirm the trial court's judgment, grant appellee damages for frivolous appeal and grant appellee judgment for costs.

Respectfully submitted,

**SMITH ADAMS LAW FEEHAN LLP**


BY:_____***/s/*Richard M. Law**_____
        **Richard M. Law**
        Texas Bar No. 12004500
        1415 Louisiana, Suite 3800
        Houston, Texas  77002
        (713) 652-3200 (Telephone)
        (713) 652-6000 (Facsimile)

ATTORNEY FOR APPELLEE,
**ROBIN LYNN ARMSTRONG, M.D.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record herein by hand delivery, facsimile transmission, or by placing same in the United States mail, regular or certified/return receipt requested, on this the 2nd day of January, 2015.

**Beverly Scott,** *et al.*
406 Deats Road #86
Dickinson, Texas 77539
**VIA CMRRR**


**Brian Beckom**
**Curtis J. Bickers**
VUJASINOVIC & BECKCOM, PLLC.
1001 Texas Avenue, Suite 1020
Houston, Texas 77002
**VIA CMRRR**


_____/s/ Richard M. Law_____
RICHARD M. LAW